IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH GREGORY LASTER,

    Plaintiff,

vs.                            CASE NO. 5:07cv215/RS-EMT

DR. HUGHES, et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Order, Report and Recommendation (Doc. 9) and Plaintiff's Motion of Objection (Doc. 14). I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is approved and incorporated in this Order.

2. All pending motions are denied as moot.

3. This action is dismissed pursuant to 28 U.S.C. §1915(g) without prejudice to Plaintiff filing a new action accompanied by full payment of the $350.00 filing fee.

ORDERED on October 30, 2007.

                          /S/ Richard Smoak
                          **RICHARD SMOAK**
                          **UNITED STATES DISTRICT JUDGE**